Opinion filed October 1, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 1,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00208-CV

                                                    __________

 

                              JAMES PATRICK SULLIVAN, Appellant

 

                                                             V.

 

                                  RISSIE
L. OWENS ET AL, Appellees

 



 

                                          On
Appeal from the 12th District Court

 

                                                          Walker
County, Texas

 

                                                    Trial
Court Cause No. 24232

 



 

                                              M E
M O R A N D U M   O P I N I O N

James
Patrick Sullivan filed a pro se notice of appeal but did not file an affidavit
of inability to pay costs pursuant to Tex.
R. App. P. 20.1.  The appeal is dismissed.

The
due date for the clerk=s
record was extended pursuant to Tex. R.
App. P. 37.3(a)(1).  The clerk of the trial court notified this court in
writing that Sullivan has not made arrangements to pay for the clerk=s record.  This court
notified Sullivan of the defect and advised him that the appeal would be
subject to dismissal under Tex. R. App.
P. 37.3(b) unless he cured the defect.  There has been no response to
our letter.








Therefore,
the failure to file the clerk=s
record appears to be due to Sullivan=s
actions.  The appeal is dismissed.

 

PER CURIAM

 

October 1, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.